1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Angela M.,

Plaintiff,

v.

Leland Dudek,
Acting Commissioner of Social Security,

Defendant.

Case No.:  5:24-cv-1862-SSC

**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00 and $405.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED: March 11, 2025

_____

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

1